WATERFALL ECONOMIDIS CALDWELL
 HANSHAW & VILLAMANA, P.C.
5210 E. Williams Circle, Suite 800
Tucson, Arizona 85711
Telephone (520) 790-5828
Facsimile (520) 745-1279
Corey B. Larson (SBN 022549
clarson@waterfallattorneys.com
Cindy Kay Schmidt (SBN 029659)
cschmidt@waterfallattorneys.com

René S. Roupinian *(admitted pro hac vice)*
jar@raisnerroupinian.com
Jack A. Raisner *(admitted pro hac vice)*
rsr@raisnerroupinian.com
RAISNER ROUPINIAN LLP
270 Madison Avenue, Suite 1801
New York, NY 10016
Telephone: (212) 221-1747
*Class Counsel*

Laura Lawless (023951)
Laura.Lawless@squirepb.com
Kelly A. Singer (022024)
Kelly.Singer@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
2325 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: (602) 528-4000
Facsimile: (602) 253-8129
*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephanie Garrett,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>SCVRH LLC,<br><br>　　　　　　　　Defendant. | No. 4:22-cv-00358-RCC<br><br>**JOINT SETTLEMENT STATUS REPORT** |

　　　　Plaintiff Stephanie Garrett and Defendant SCVRH LLC jointly submit this Settlement Status Report, as required by the Court's Case Management Order [ECF 12, at 2, § D].

　　　　On March 3, 2023, the Court granted Plaintiff and the putative Class Members' Motion to Certify a Class and appointed Plaintiff's Counsel as Class Counsel. [ECF 21]

Pursuant to the Court's March 3, 2023 Order, Defendant's Counsel provided class member names and addresses to Class Counsel. The mailing of the Class Notice is forthcoming.

The class members will have thirty (30) days from the notice mailing date to opt out of the Class. [*Id*. at 8.] Because class membership is still uncertain, and because the Parties have not yet engaged in discovery regarding Defendant's affirmative defenses, settlement is premature. The Parties have, however, exchanged information that enables them to initiate discussions around potential resolution.

The Parties will submit a further settlement status report in ninety (90) days, as required by ECF No. 12, or sooner if circumstances change substantially.

DATED:  April 3, 2023

| | |
|---|---|
| SQUIRE PATTON BOGGS (US) LLP<br><br>By: */s/ Laura Lawless*<br>Laura Lawless<br>Kelly Singer<br><br>*Attorneys for Defendant* | WATERFALL, ECONOMIDIS, CALDWELL,  HANSHAW & VILLAMANA, P.C.<br><br>By: */s/ Corey B. Larson (w/ permission)*<br>Corey B. Larson<br>Cindy Kay Schmidt<br><br>-and-<br><br>RAISNER ROUPINIAN LLP<br>René S. Roupinian<br>Jack A. Raisner<br><br>*Class Counsel* |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of same to counsel for Plaintiff and the putative class:

Corey B. Larson
Cindy Kay Schmidt
WATERFALL ECONOMIDIS CALDWELL
HANSHAW & VILLAMANA, P.C.
5210 E. Williams Circle, Suite 800
Tucson, Arizona 85711

René S. Roupinian
rsr@raisnerroupinian.com
Jack A. Raisner
jar@raisnerroupinian.com
RAISNER ROUPINIAN LLP
270 Madison Avenue, Suite 1801
New York, NY 10016

*s/ Tammy Gougeon*