# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephanie Garrett,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SCVRH LLC,<br><br>　　　　Defendant. | No. CV-22-00358-TUC-RCC<br><br>**CLASS ACTION SETTLEMENT APPROVAL ORDER** |

This matter, having come before the Court on the Parties' Joint Motion for Approval of Settlement (Doc. 45) (the "Settlement Motion")[1]; and the Court finding that: (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 1331, 1367, and 29 U.S.C. § 2104(a)(5); (B) notice of the Settlement Motion and the hearing on the Settlement Motion was due and adequate under the circumstances; (C) no other notice need be given; and (D) any objections to the Motion having been withdrawn, waived, or overruled; and the Court having reviewed the terms of the Settlement Agreement and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the Court having determined that the relief sought in the Motion is in the best interest of the Class Representative and the Class Members, and any other parties in interest; and after due deliberations and good cause appearing therefore;

///

---

[1] Capitalized terms used but not defined in this Order shall have the meaning defined in the Settlement Agreement.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Settlement Motion is GRANTED as set forth herein. (Doc. 45.)

2. All objections to the Motion or the relief requested in the Settlement Motion, if any, that have not been withdrawn, waived, or settled, and all reservation of rights in such objections, if any, shall be and hereby are, OVERRULED in all respects on the merits and denied.

3. The Settlement Agreement is approved on a final basis and in all respects as being fair, reasonable, and adequate to the Class Members and other affected employees for the following reasons:

    a. If the Settlement is not approved, the WARN Action will likely be complicated, protracted, and expensive for both Parties.

    b. The Class Representative supports the Settlement, and the terms of the Settlement are favorable to Class Members.

    c. The Settlement was reached after a thorough investigation, litigation, and mediation by the Parties.

    d. The Settlement is well within the range of reasonableness given the uncertainty of Plaintiff's ability to establish liability and to recover against the Defendant.

    e. The Settlement Agreement was negotiated at arm's length by experienced counsel and in good faith, is fair, equitable, and in the best interests of the Parties.

4. On the Effective Date, the terms of the Settlement Agreement shall become binding upon the Parties.

5. On the Effective Date, subject to and consistent with the terms of the Settlement Agreement, the releases set forth in the Settlement Agreement shall become effective.

6. Class Counsel is awarded its fees of one-third of the Settlement Amount, net of the Class Representative Service Payment of $12,500, Class Counsel's expenses not to exceed $25,000, and the cost of the settlement administrator, all of which shall be paid from the Settlement Amount in accordance with the terms of the Settlement Agreement.

7. The entry of this Order is without prejudice to the relief granted in the Preliminary Order, and entry of this Order shall not serve to extend or stay the time of filing any appeal regarding any of the relief granted in the Preliminary Order.

8. The terms and conditions of this Order shall be immediately effective and enforceable upon entry.

9. This Court shall retain jurisdiction over all matters arising from or related to the interpretation and/or implementation of the Settlement Agreement and this Order.

10. **Entry of Judgment.** There is no just reason to delay the entry of this Order and Final Judgment, and immediate entry by the Clerk of Court is expressly directed pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

Dated this 29th day of October, 2024.

_____
Honorable Raner C. Collins
Senior United States District Judge