1
2
3
4
5
6            **IN THE UNITED STATES DISTRICT COURT**
7              **FOR THE DISTRICT OF ARIZONA**
8
9    Stephanie Garrett,                          **NO. CV-22-00358-TUC-RCC**
10              Plaintiff,
                                                 **JUDGMENT OF DISMISSAL IN A**
11   v.
                                                 **CIVIL CASE**
12   SCVRH LLC,
13              Defendant.
14
15        **Decision by Court.**  This action came for consideration before the Court.  The
16   issues have been considered and a decision has been rendered.
17        **IT IS ORDERED AND ADJUDGED**, pursuant to the parties' Joint Motion and
18   Memorandum of Law in Support of Joint Motion for Approval of Settlement, the Court
19   approves the parties' Settlement Agreement and General Release. This case is dismissed
20   with prejudice.
21                                   Debra D. Lucas
                                     District Court Executive/Clerk of Court
22
23   October 30, 2024
24                                   s/ C. Ortiz
                             By      Deputy Clerk
25
26
27
28